Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER WILLIAM HAMILTON,<br><br>Defendant. | DOCKET NO. 6:12-mj-94-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Tyler William HAMILTON, was arrested September 23, 2012, in Yosemite National Park and charged with six counts in a complaint: Count 1: under the influence of alcohol, Count 2: possession of a controlled substance (marijuana), Count 3: possessing an alcoholic beverage while under the age of 21, Count 4: open container in a vehicle, Count 5: DUI >.08, and Count 6: DUI >.05 while underage of 21. HAMILTON plead guilty December 4, 2012, to Count 6, and all other counts were dismissed. HAMILTON was sentenced to pay a fine of $1,000, complete DMV First Time Offenders Course and 12 months of unsupervised probation. The Government alleges Tyler William HAMILTON has violated the following condition(s) of his unsupervised probation:

1

CHARGE ONE:     FAILURE TO OBEY ALL LAWS

HAMILTON was arrested on March 12, 2013, in Redwood City, CA and charged with three counts: Count 1: Driving on suspended license, Count 2: DUI, and Count 3: DUI >.08. On June 10, 2013, HAMILTON plead guilty to Count 3: DUI >.08, and was sentenced to 36 months of probation, 5 days jail and a fine. On July 17, 2013, HAMILTON completed a 4 day work program in Redwood City.

CHARGE TWO:     FAILURE TO NOTIFY OF LAW ENFORCEMENT CONTACT

HAMILTON was arrested on March 12, 2013, in Redwood City, CA. HAMILTON did not contact the Yosemite Legal Office to inform the office of his law enforcement contact, or of the subsequent conviction.

CHARGE THREE:   FAILURE TO COMPLETE DMV FIRST TIME OFFENDRS COURSE

HAMILTON was required to complete the DMV First time Offenders Course. To date the Yosemite Legal Office has not received any verification of completion of the course.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Tyler William Hamilton*, 6:12-mj-94-MJS, be put back on calendar at a time convenient for the Court.

Dated: November 25, 2013

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( )   Submit a Request for Warrant or Summons:

( )   Defendant to Appear at Yosemite District Courthouse

(XX)  The Courtroom Deputy shall set a date for Defendant to appear and respond to

2

the above violation allegations.

IT IS SO ORDERED.

Dated: November 26, 2013         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE